JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA F., | NO. CV 25-01594 AGR |
| Plaintiff, | |
| | JUDGMENT |
| **v.** | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff.  The decision of the Commissioner is reversed, and this matter is remanded for reconsideration of a sit/stand option for the period beginning September 29, 2022.

DATED: March 30, 2026      _____
                                              ALICIA G. ROSENBERG
                                              UNITED STATES MAGISTRATE JUDGE

1