**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Alicia  Figueroa,<br><br>        Plaintiff,<br><br>        v.<br><br>Frank J. Bisignano,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>        Defendant. | Case No.  2:25-cv-01594-DSR<br><br>~~[PROPOSED]~~ **ORDER APPROVING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (Doc. No. 26), **IT IS ORDERED** that fees and expenses in the amount of FIVE THOUSAND TWO HUNDRED AND 00/100 ($5,200.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

        IT IS SO ORDERED.

DATE: June 30, 2026                      _____
                                         HON. DANIEL S. ROBERTS
                                         UNITED STATES MAGISTRATE JUDGE